DOROTHY SCHREIBER, PLAINTIFF-PETITIONER, v. DEPARTMENT OF THE TREASURY, DIVISION OF PENSION AND ANNUITY FUND, STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

*Mr. Gerald B. Goldberg* and *Mr. Jacob M. Goldberg* for the petitioner.

*Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. Philip I. Kagan* for the respondent.

January 13, 1970. Denied.

LUIZA ANTONIA CARRICO, GUARDIAN *ETC.*, PLAINTIFF-PETITIONER, v. P & A CONSTRUCTION CO., DEFENDANT-RESPONDENT.

*Mr. Herman M. Wilson* for the petitioner

*Messrs. Schreiber & Lancaster* and *Mr. Gerald W. Conway* for the respondent.

January 13, 1970. Denied.

RAYMOND SPEED, PLAINTIFF-PETITIONER, v. BAMBERGER'S, NEW JERSEY, DEFENDANT-RESPONDENT.

*Messrs. Stavis, Richardson, Koenigsberg & Rossmore* and *Mr. Arthur N. D'Italia* for the petitioner.

*Messrs. Schneider & Morgan* and *Mr. James L. Melhuish* for the respondent.

January 13, 1970. Denied.